United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MIRIAM RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CREDIT SESAME, INC.,<br><br>　　　　Defendant. | Case No. 25-cv-03556-BLF<br><br>**ORDER DISMISSING CASE**<br><br>[Re: ECF 13] |

On May 5, 2025, Plaintiff through its counsel filed a notice of dismissal requesting the court to dismiss all claims of the named Plaintiff and any unnamed member of the alleged class. ECF 12 at 2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court DISMISSES Defendant Credit Sesame, Inc. The Clerk of the Court is directed to VACATE all deadlines and CLOSE the file.

**IT IS SO ORDERED.**

Dated: May 5, 2025

_____
BETH LABSON FREEMAN
United States District Judge